# Third District Court of Appeal

**State of Florida**

Opinion filed July 5, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-508
Lower Tribunal No. 17-21884
_____


**Ace American Insurance Company,**
Petitioner,

vs.

**Kenneth Mark Gregorski, et al.,**
Respondents.


A Writ of Certiorari to the Circuit Court for Miami-Dade County.

Cooney Trybus Kwavnick Peets, and Warren Kwavnick (Fort Lauderdale), for petitioner.

Kenneth Gregorski, pro se, respondent.


Before SUAREZ, SALTER and FERNANDEZ, JJ.

PER CURIAM.

Ace American Insurance Company ("Insurer") seeks a writ of certiorari quashing a circuit court order denying the Insurer's motion to dismiss the

respondent's, Mr. Gregorski's, complaint for declaratory relief. The petition and appendix established that Mr. Gregorski's complaint for third-party coverage failed to comply with the non-joinder provisions of section 627.4136, Florida Statutes (2017).

Mr. Gregorski's counsel in the circuit court proceeding did not appear in response to the petition, nor did Mr. Gregorski himself file a response. Finding the petition well taken, we grant it and quash the order denying the Insurer's motion to dismiss. Lantana Ins., Ltd. v. Thornton, 118 So. 3d 250 (Fla. 3d DCA 2013). See also GEICO Gen. Ins. Co. v. Martinez, 240 So. 3d 43 (Fla. 3d DCA 2018).

Petition granted, order quashed.